## TOWN OF EAST HARTFORD v. MIDDLETOWN.

An idiot who lives with and is supported by the mother, is settled with the mother.

ERROR to reverse a judgment of the County Court, in an action on book, brought by Middletown to recover pay for supporting one Mellisant Dowd, a pauper.

Hall v. Merriman.

The jury found a special verdict, viz. That said Mellisant was born in A. D. 1759 in Middletown, where her parents were then legally settled; that afterwards her father died, and in January A. D. 1772, her mother married to ——— Dolbier of Hartford, east side of the river, and moved there with her daughter the said Mellisant, where she lived with her husband said Dolbier, until his death sometime in the year A. D. 1777; that her mother continued to live in said Hartford, on the east side of said river, and said Mellisant with her, until sometime in A. D. 1784, when said East Hartford was incorporated into a distinct town; that she continued to live in said East Hartford with her mother, until the 10th of November A. D. 1787, when her mother died. During the whole of said time she was supported and nurtured by her mother, she being an idiot; that upon the death of her mother she became chargeable and was sent to Middletown; and for supporting her this action is brought. Judgment of the County Court is that the law is so upon the facts aforesaid that the defendants do owe, and for the plaintiffs to recover, etc.

Error assigned generally.

Judgment — Nothing erroneous. The mother by marrying with Dolbier, became settled in Hartford in right of her husband; and after his death she became settled there in her own right — and the said Mellisant being an idiot, was settled with the parent.